# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY BECKWITH,<br>JEREMY PINSON,<br><br>　　　　Plaintiffs<br><br>v.<br><br>S. VALENCICK, *et al.*,<br><br>　　　　Defendants | : Civil No. 3:16-cv-1232<br>:<br>: (Judge Mariani)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this ____19th____ day of July, 2016, upon consideration of Plaintiffs' complaint, (Doc. 1), **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' motions to proceed *in forma pauperis* are construed as motions to proceed without full prepayment of fees and costs and the motions, (Docs. 4, 11), are **GRANTED**.

2. Plaintiffs shall **FILE** an amended complaint on or before August 8, 2016.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 3:16-cv-1232, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(d).

4. Plaintiffs are strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in dismissal of the complaint. *See* FED. R. CIV. P. 20. Any unrelated claims should be filed in a separate complaint, in a new action.

5. Plaintiffs shall properly identify each defendant. Failure to properly identify a

defendant may result in dismissal of that defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  *See* FED. R. CIV. P. 4(m).

6. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of Court.

_____
Robert D. Mariani
United States District Judge