# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY PINSON, TIMOTHY BECKWITH, Plaintiffs | Civil No. 3:16-cv-1232 (Judge Mariani) |
| v. | |
| S. VALENICK, FNU HEATH, L. ENNIS, B. SMITH, L. ODDO, Defendants | |

## ORDER

**AND NOW**, this 29th day of November, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions to appoint counsel, (Docs. 10, 24), are **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge