# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY PINSON, | Civil No. 3:16-cv-1232 |
| Plaintiff | (Judge Mariani) |
| v. | |
| S. VALENCICK, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 15TH day of June, 2018, upon consideration of Plaintiff's motion (Doc. 43) for reconsideration, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 43) for reconsideration is **GRANTED**.

2. The Clerk of Court is directed to **REOPEN** the above-captioned action.

3. Plaintiff shall **FILE** a second amended complaint on or before July 16, 2018.

4. The second amended complaint shall contain the same case number that is presently assigned to this action, 3:16-cv-1232, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(d).

5. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in dismissal of the complaint. See FED. R. CIV. P. 20. Any unrelated claims should be filed in a separate complaint, in a new action.

6. Plaintiff shall properly identify each defendant. Failure to properly identify a defendant may result in dismissal of that defendant pursuant to Rule 4(m) of

the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

7. Failure to file a second amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of Court.

8. The motions (Docs. 39, 41) to amend, wherein Plaintiff seeks to add three additional Defendants to this action, are **DISMISSED** without prejudice to Plaintiff's right to purse claims against these individuals in his second amended complaint.

9. Plaintiff's motion (Doc. 48) to expedite is **DISMISSED**.

Robert D. Mariani
United States District Judge