# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY PINSON, | : | Civil No. 3:16-cv-1232 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _____ day of September, 2019, upon consideration of Defendants' motion (Doc. 64) to dismiss and for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 64) for summary judgment is **GRANTED** as follows:

   a. The motion is **GRANTED** on the ground that Plaintiff did not properly exhaust administrative remedies with respect to the *Bivens* claims before filing suit.

   b. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Valencik, Oddo, and Heath as to the *Bivens* claims.

2. The motion (Doc. 64) to dismiss is **GRANTED** as follows:

   a. Defendants Oddo and Santana are **DISMISSED** from the *Bivens* action for lack of personal involvement.

   b. Defendants Cozza-Rhodes and Santana are **DISMISSED** from the *Bivens* action for lack of jurisdiction.

   c. The FTCA claim against the United States is **DISMISSED** on the

ground that Plaintiff did not properly exhaust administrative tort claim remedies before filing suit.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge