# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY PINSON, | : | Civil No. 3:16-cv-1232 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 16th day of April, 2020, upon consideration of Plaintiff's motion (Doc. 96) for reconsideration, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 96) is **DENIED**.

　　　　　　　　　　　　　　　　　*s/ Robert D. Mariani*
　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　United States District Judge